

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| STEVEN MICHAEL SINGLETON, | | No. 08-15-00238-CR |
|  | § | |
| Appellant, | | Appeal from |
|  | § | |
| v. | | Criminal District Court No. 2 |
|  | § | |
| THE STATE OF TEXAS, | | of Dallas County, Texas |
|  | § | |
| Appellee. | | (TC # F-1523135-I) |
|  | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.